| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **GUAM CR 97-00170-001** |
| --- | --- | --- |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **0993 Guam** | DIVISION |
| --- | --- | --- |
| **Melvin D. Evans** c/o Derek M. Kim Senior U.S. Probation Officer District of Hawaii C-110 Prince Kuhio Federal Building 300 Ala Moana Boulevard Honolulu, Hawaii 96850 | NAME OF SENTENCING JUDGE **Honorable John S. Unpingco** | |
| | DATES OF SUPERVISED RELEASE | FROM **10/17/2006** | TO **10/16/2010** |

OFFENSE

Importation of Crystal Methamphetamine in violation of Title 21, United States Codes, Sections 952(a) and 960.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    **GUAM**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    **District of Hawaii**    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____
*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    **HAWAII**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
| --- | --- |
| *Effective Date* | *United States District Judge* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00170-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **TRANSFER OF JURISDICTION** |
| vs. | ) | |
| | ) | |
| MELVAN D. EVANS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On March 2, 1999, Melvan D. Evans was sentenced to 121 months imprisonment for the offense of Importation of Crystal Methamphetamine aka "Ice" in violation of 21 U.S.C. §§952(a) and 960. He was ordered to serve a 48 month term of supervised release with the following conditions: the defendant shall perform 200 hours of community service; the defendant shall participate in a drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse; the defendant shall obtain and maintain gainful employment. On December 18, 2006, conditions were modified to include the following: the defendant shall abstain from alcohol use during the term of supervised release, and submit to breathalyzer test and/or non-instrumented alcohol testing device for the presence of alcohol if suspected by the Probation Office. Since his release from the Bureau of Prisons on October 17, 2006, Mr. Evans has been under the supervision of the U.S. Probation Office in the District of Hawaii.

Transfer of Jurisdiction
Re:   EVANS, Melvin D.
USDC Cr. Cs. No. 97-00170-001
May 10, 2007
Page - 2 -

On April 10, 2007, the U.S. Probation Office received a violation report with a request for modification of conditions of supervised release. The modification was granted on April 13, 2007. The request for transfer of jurisdiction was made to allow the District of Hawaii to address violations expeditiously. This Officer, therefore, respectfully requests that the Transfer of Jurisdiction be approved to the U.S. District Court, District of Hawaii.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:    /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File