| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **GUAM CR 97-00170-001** |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **0993 Guam** | DIVISION |
|---|---|---|
| **Melvin D. Evans** c/o Derek M. Kim Senior U.S. Probation Officer District of Hawaii C-110 Prince Kuhio Federal Building 300 Ala Moana Boulevard Honolulu, Hawaii 96850 | NAME OF SENTENCING JUDGE **Honorable John S. Unpingco** | |
| | DATES OF SUPERVISED RELEASE | FROM **10/17/2006** | TO **10/16/2010** |

OFFENSE

Importation of Crystal Methamphetamine in violation of Title 21, United States Codes, Sections 952(a) and 960.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  **GUAM**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Hawaii** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
 **Dated: May 11, 2007**

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  **HAWAII**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| *Effective Date* | *United States District Judge* |
|---|---|