# ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | **GUAM CR 97-00170-001** |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | **CR07-00243 HG** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Melvin D. Evans**<br>c/o Derek M. Kim<br>Senior U.S. Probation Officer<br>District of Hawaii<br>C-110 Prince Kuhio Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | **0993 Guam** | |
| | NAME OF SENTENCING JUDGE | |
| | **Honorable John S. Unpingco** | |
| | DATES OF SUPERVISED RELEASE | FROM **10/17/2006** — TO **10/16/2010** |

**OFFENSE**

Importation of Crystal Methamphetamine in violation of Title 21, United States Code, Sections 952(a) and 960.

**FILED**
**DISTRICT COURT OF GUAM**
**JUN 8 2007**
**MARY L.M. MORAN**
**CLERK OF COURT**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ **GUAM**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Hawaii** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: May 11, 2007

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **HAWAII**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5·24·07
Effective Date                   United States District Judge