# United States District Court

### DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 9691

**FILED**

DISTRICT COURT OF GUAM

JUN 19 2007

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

MARY L.M. MORAN
CLERK OF COURT

June 8, 2007

Ms. Sue Beitia
Clerk
United States District Court
C-338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

**RECEIVED**
CLERK U.S. DISTRICT COURT

JUN 12 2007

DISTRICT OF HAWAII

Re:  Our Criminal Case Nr. 97-00170
     District of Hawaii Criminal Case Nr. 07-00243HG
     U.S.A. - vs - Melvin D. Evans

Dear Ms. Beitia:

Our Court is in receipt of from PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1.  Indictment, filed November 26, 1997
2.  Plea Agreement, filed January 15, 2998
3.  Minute Entry - Change of Plea, filed January 16, 1998
4.  Minute Entry - Sentencing, filed March 2, 1999
5.  Judgment, filed March 4, 1999
6.  Transfer of Jurisdiction and Order, filed June 8, 2007
7.  Docket Sheet

Please acknowledge receipt of the enclosed copy of this letter.  Thank you.

Sincerely,

Leilani R. Toves Hernandez
Deputy Clerk

Enclosures
cc:  U.S. Attorney's Office, Guam (w/o encl)
cc:  U.S. Probation Office, Guam (w/o encl)